*William Fisher* and *E. D. Beggs,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

The State of Florida, Appellant, vs. Amanda Beauchamp, Appellee.

## DIVISION A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

*A. G. Hartridge, D. U. Fletcher* and *E. J. L'Engle* for Appellant.

*Alex. St. Clair-Abrams* and *A. W. Cockrell & Son,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was judgment and decree for the complainant and the defendant appeals. Judgment and decree affirmed.